**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **UMHARA TYLER,**<br><br>                    **Petitioner,**<br><br>         **v.**<br><br>**JOSEPH WILMER,** *et al.*,<br><br>                    **Respondents.** |

                    **Civil Action 10-0309  (HHK)**

**MEMORANDUM**

This matter is before the Court on respondents' opposition to the petition for a writ of *habeas corpus*. By Order of June 7, 2010, petitioner was advised to respond to the opposition by July 8, 2010, or risk summary dismissal of the case. Petitioner has neither filed a response nor sought additional time to do so. Petitioner has not refuted respondents' substantiated argument that the petition is moot because the challenged sentence calculation has been corrected and he has completed service of his sentence and has been released to probation. *See* Federal Respondent's Opposition to Petitioner's Petition for a Writ of Habeas Corpus at 1. Accordingly, the habeas petition will be denied and the case dismissed. A separate Order accompanies this Memorandum.

                    _____s/s_____
                    Henry H. Kennedy, Jr.
                    United States District Judge

Date: August 9, 2010